Argued and submitted June 12,
reversed and remanded August 25, 1980

In the Matter of the Compensation of
HOBBS,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND,
*Respondent.*

(No. 79-1348, CA 16645)

615 P2d 418

Bernard Jolles, Portland, argued the cause for petitioner. On the brief were Jolles, Sokol & Bernstein, P.C. and Larry N. Sokol, Portland.

Darrell E. Bewley, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

## PER CURIAM.

In this workers' compensation case the referee awarded claimant 35 percent unscheduled disability. The Workers' Compensation Board affirmed and adopted the opinion of the referee. Claimant appeals contending that she is permanently and totally disabled or, in the alternative, that she is entitled to more permanent disability benefits than awarded by the Board.

After a *de novo* review of the record, we conclude that claimant is entitled to an award of 50 percent permanent unscheduled disability. Accordingly, the order of the Board is reversed and the case is remanded for modification of the order to reflect an award of 50 percent permanent unscheduled disability.

Reversed and remanded.